```
NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ADRIAN HONG CHANG,<br>  aka "Adrian Hong,"<br>  aka "Oswaldo Trump,"<br>  aka "Matthew Chao,"<br><br>A Fugitive from the Government of the Kingdom of Spain. | No. 19MJ01449<br><br>ORDER<br><br>**(FILED UNDER SEAL)** |

BEFORE ME, a United States Magistrate Judge for the Central District of California, the complainant herein, John J. Lulejian, an Assistant United States Attorney for the Central District of California, personally appeared on the  9th  day of April, 2019, and being duly sworn, deposed and stated on information and belief that the facts contained in the complaint for an arrest warrant are true, as he verily believes.

\\
\\
\\

FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

IT IS HEREBY ORDERED, based on probable cause, that a warrant for the arrest of ADRIAN HONG CHANG, also known as ("aka") "Adrian Hong," aka "Oswaldo Trump," aka "Matthew Chao," may issue, pursuant to the Extradition Treaty between the United States of America and the Kingdom of Spain, the provisional extradition request, and 18 U.S.C. § 3184.

DATED: This 9th day of April, 2019.

JACQUELINE CHOOLJIAN
_____
UNITED STATES MAGISTRATE JUDGE