NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:   John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

ADRIAN HONG CHANG,
  aka "Adrian Hong,"
  aka "Oswaldo Trump,"
  aka "Matthew Chao,"

A Fugitive from the Government of the Kingdom of Spain.

No. 19MJ01449

GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF JOHN J. LULEJIAN

**(UNDER SEAL)**

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby applies ex parte for an order that the following materials, lodged herewith, be filed under seal: (1) Complaint for Provisional Arrest with a View Towards Extradition (18 U.S.C. § 3184); (2) [Proposed] Order Thereon; (3) Arrest Warrant; and (4) this ex parte application and supporting Declaration.

\\

\\

This ex parte application is based upon the attached Declaration of John J. Lulejian.

DATED: April 9, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JOHN J. LULEJIAN**

I, John J. Lulejian, declare as follows:

1. I am an Assistant United States Attorney and have been assigned to represent the government in the Matter of the Extradition of ADRIAN HONG CHANG, also known as ("aka") "Adrian Hong," aka "Oswaldo Trump," aka "Matthew Chao" ("HONG CHANG"), a fugitive from the government of the Kingdom of Spain. I make this declaration in support of the government's <u>Ex Parte</u> Application for Order Sealing Documents.

2. Based on the allegations set forth in the Complaint for Provisional Arrest with a View Towards Extradition (18 U.S.C. § 3184), the government respectfully requests leave to file the following documents under seal until the arrest of HONG CHANG and further order of the Court: (1) Complaint for Provisional Arrest With a View Towards Extradition (18 U.S.C. § 3184); (2) [Proposed] Order Thereon; (3) Arrest Warrant; and (4) this <u>ex parte</u> application and supporting Declaration. The government seeks under seal filing because disclosure of the existence of the complaint and the requested warrant may cause HONG CHANG to flee or destroy evidence, or may put the arresting officers in greater danger.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this <u>9th</u> day of April, 2019, at Los Angeles, California.

/s/ John J. Lulejian
JOHN J. LULEJIAN

3