FILED

1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
       1200 United States Courthouse
5      312 North Spring Street
       Los Angeles, California 90012
6      Telephone: (213) 894-0721
       Facsimile: (213) 894-0141
7      E-mail:   John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

2019 APR 26  AM 10: 2⸴

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE          No. 2:19-MJ-01449
    EXTRADITION OF
13                                GOVERNMENT'S *EX PARTE* APPLICATION
    ADRIAN HONG CHANG,            FOR ORDER UNSEALING DOCKET AND
14   aka "Adrian Hong,"           DOCUMENTS; MEMORANDUM OF POINTS
     aka "Oswaldo Trump,"         AND AUTHORITIES
15   aka "Matthew Chao,"

16  A Fugitive from the
    Government of the
17  Kingdom of Spain.

18

19        Plaintiff United States of America, by and through its counsel

20  of record, the United States Attorney for the Central District of

21  California and Assistant United States Attorney John J. Lulejian,

22  hereby applies ex parte for an order that unseals the docket and the

23  documents contained therein.

24  \\

25  \\

26  \\

27  \\

28  \\

1    This ex parte application is based upon the attached Memorandum
2  of Points and Authorities.

3

4  DATED:   April 26, 2019              Respectfully submitted,

5                                       NICOLA T. HANNA
                                        United States Attorney
6
                                        PATRICK R. FITZGERALD
7                                       Assistant United States Attorney
                                        Chief, National Security Division
8

9                                       /s/ John J. Lulejian
                                        JOHN J. LULEJIAN
10                                      Assistant United States Attorney

11                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2   The Kingdom of Spain ("Spain") is prosecuting ADRIAN HONG CHANG,

3   also known as ("aka") "Adrian Hong," aka "Oswaldo Trump," and

4   "Matthew Chao" ("HONG CHANG"); CHRISTOPHER PHILIP AHN ("AHN"); and

5   others for a number of crimes related to the attack on the Embassy of

6   the Democratic People's Republic of Korea in Madrid, Spain ("the

7   Embassy"), on February 22, 2019.  According to Spanish authorities,

8   on February 22, 2019, ADRIAN HONG, AHN, and five other individuals,

9   carrying knives, iron bars, machetes, and imitation handguns forced

10  their way into the Embassy, took multiple individuals hostage, and

11  before escaping, removed items including but not limited to, a couple

12  of pen drives, two computers, two hard drives (one of which was used

13  for storing images from the security cameras) and a mobile telephone.

14  (See Case No. 2:19-MJ-01449, Docket No. 1; Case No. 2:19-MJ-1523,

15  Docket No. 1.)

16  On April 9, 2019, the Honorable Jacqueline Chooljian, United

17  States Magistrate Judge for the Central District of California,

18  issued a warrant for the arrest of ADRIAN HONG based upon a Complaint

19  for Provisional Arrest with a View Toward Extradition.[1]  (See Case

20  No. 2:19-MJ-01449, Docket No. 1.)  Three days later, on April 12,

21

22  [1] HONG CHANG is sought for extradition, pursuant to
    18 U.S.C. § 3184 and the relevant extradition of treaty, to Spain,
23  where he is being prosecuting for (1) Breaking and Entering, in
    violation of Articles 202 and 203 of the Spanish Penal Code; (2)
24  Illegal Restraint, in violation of Articles 163 and 165 of the
    Spanish Penal Code; (3) Threats, in violation of Articles 169 and 171
25  of the Spanish Penal Code; (4) Robbery with Violence and
    Intimidation, in violation of Articles 237, 241, and 242 of the
26  Spanish Penal Code; (5) Causing Injuries, in violation of Article 147
    of the Spanish Penal Code; (6) Falsifying a Document, in violation of
27  Articles 390 and 392 of the Spanish Penal Code; and (7) Being a
    Member of Criminal Organization, in violation of Article 570 bis of
28  the Spanish Penal Code.  (See Case No. 2:19-MJ-01449, Docket No. 1.)

2019, Magistrate Judge Chooljian issued a warrant for the arrest of AHN, a co-conspirator, based upon a Complaint for Provisional Arrest with a View Toward Extradition.[2]  (See Case No. 2:19-MJ-1523, Docket No. 1.)  In both cases, the Court sealed the docket and documents at the request of the United States to prevent flight of the subjects of the arrest warrants or the spoliation of evidence and to minimize the danger to the arresting officers.

On April 18, 2019, the United States Marshals Service ("the Marshals") arrested AHN at HONG CHANG's residence in Los Angeles, California.  (See id., Docket No. 6.)  At AHN's initial appearance on April 19, 2019, the Court scheduled a hearing for April 23, 2019, to discuss whether to unseal the docket and whether to detain AHN.  (See id., Docket No. 7.)  Hours after AHN's arrest, an attorney purporting to represent HONG CHANG and/or Cheollima Civil Defense, the organization claiming responsibility for the raid of the Embassy, of which HONG CHANG and AHN are members, criticized the United States' compliance with its treaty obligations with Spain.  (See Statement from Ambassador Lee Wolosky on arrests of US Nationals (Apr. 19, 2019) https://www.cheollimacivildefense.org/post/2019-4-19_StatementfromAmbassadorLeeWoloskyonarrestsofUSNationals_77027/.) This posting appeared in a number of media reports on AHN's arrest.

---

[2] AHN is sought for extradition, pursuant to 18 U.S.C. § 3184 and the relevant extradition of treaty, to the Kingdom of Spain, where he is being prosecuting for (1) Breaking and Entering, in violation of Articles 202 and 203 of the Spanish Penal Code; (2) Illegal Restraint, in violation of Articles 163 and 165 of the Spanish Penal Code; (3) Threats, in violation of Articles 169 and 171 of the Spanish Penal Code; (4) Robbery with Violence and Intimidation, in violation of Articles 237, 241, and 242 of the Spanish Penal Code; (5) Causing Injuries, in violation of Article 147 of the Spanish Penal Code; and (6) Being a Member of Criminal Organization, in violation of Article 570 bis of the Spanish Penal Code.  (See Case No. 2:19-MJ-1523, Docket No. 1.)

1    (See, e.g., Robert Gaerty, Former Marine arrested in raid at North
2    Korean embassy in Spain, Fox News, Apr. 20, 2019,
3    https://www.foxnews.com/world/former-marine-arrested-in-raid-at-
4    north-korea-embassy-in-spain; N Korea embassy raid in Madrid: 'US
5    Marine arrested', BBC News, Apr. 20, 2019,
6    https://www.bbc.com/news/world-us-canada-47994298; John Hudson, US
7    authorities make first arrest in mysterious raid of North Korea's
8    Embassy in Spain, Wash. Post, Apr. 19, 2019,
9    https://www.washingtonpost.com/world/national-security/us-
10   authorities-make-first-arrest-in-mysterious-raid-of-north-koreas-
11   embassy-in-spain/2019/04/19/bfee15e2-d984-4600-9b63-
12   14270f9b0bb3_story.html?utm_term=.4d74152b4c4d.)   On April 22, 2019,
13   HONG CHANG's attorney informed CNN that his client "certainly fears
14   for his safety.  We do have reason to believe that North Korean hit
15   squads have been dispatched to target Mr. Hong and perhaps, others,
16   and he is taking necessary steps to evade those hit squads."  (David
17   Shortell & Brian Todd, Ringleader of North Korean Embassy raid in
18   hiding from hit squads, attorney says, Apr. 22, 2019,
19   https://www.cnn.com/2019/04/22/politics/north-korea-madrid-embassy-
20   raid/index.html (emphasis added).)

21       On April 23, 2019, the Court ordered AHN detained pending
22   extradition.  (See Case No. 2:19-MJ-1523, Docket No. 10.)  The Court
23   also unsealed the docket in AHN's case, which included the Complaint
24   that detailed the activities of HONG CHANG and his group before,
25   during, and after the attack on the Embassy.  (See Case No. 2:19-MJ-
26   1523, Docket No. 11.)

27       Since Magistrate Judge Chooljian issued HONG CHANG's arrest
28   warrant on April 9, 2019, the Marshals diligently have searched for

1    HONG CHANG, but have yet apprehended him.  Further, efforts through

2    intermediaries to convince HONG CHANG to self-surrender have not

3    proven successful.  Therefore, the United States believes that it

4    must publicize the case and elicit the public's assistance to

5    apprehend HONG CHANG.

6       Accordingly, the United States respectfully requests that the

7    Court unseal the docket and documents in the above-captioned case.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28