TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0721
Facsimile: (213) 894-0141
E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ADRIAN HONG CHANG,<br>aka "Adrian Hong,"<br>aka "Oswaldo Trump,"<br>aka "Matthew Chao,"<br><br>A Fugitive from the Government of the Kingdom of Spain. | No. 2:19-mj-01449<br><br>UNOPPOSED *EX PARTE* APPLICATION FOR ORDER DISMISSING COMPLAINT FOR PROVISIONAL ARREST WITH A VIEW TOWARDS EXTRADITION (18 U.S.C. § 3184) AND ARREST WARRANT; [PROPOSED] ORDER |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby applies ex parte for an order dismissing the Complaint for Provisional Arrest With a View Towards Extradition (18 U.S.C. § 3184) and the Arrest Warrant.

The undersigned counsel has been advised that, following consultations between the U.S. Department of Justice and the U.S. Department of State, the United States no longer intends to pursue

extradition in the above-captioned case. Accordingly, the United States respectfully requests that the Court dismiss the Complaint for Provisional Arrest With a View Towards Extradition (18 U.S.C. § 3184) and the Arrest Warrant.

Fugitive's counsel has informed the undersigned counsel that he does not object to the filing of this ex parte application.

DATED: May 29, 2026

Respectfully submitted,

TODD BLANCHE,
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA