TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0721
Facsimile: (213) 894-0141
E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ADRIAN HONG CHANG,<br>aka "Adrian Hong,"<br>aka "Oswaldo Trump,"<br>aka "Matthew Chao,"<br><br>A Fugitive from the Government of the Kingdom of Spain. | No. 2:19-mj-01449<br><br>~~[Proposed]~~ ORDER |

For good cause shown, IT IS HEREBY ORDERED THAT the Complaint for Provisional Arrest with a View Toward Extradition (18 U.S.C. § 3184) and the Arrest Warrant in the above-captioned matter are HEREBY DISMISSED.

IT IS SO ORDERED.

May 29, 2026
DATE

THE HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE

Respectfully presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney